FILED
01 JAN 26 PM 4: 03
U.S. DISTRICT...
N.D. OF A...

ENTERED
JAN 26 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BERNARD TURNER, | ) |
| Plaintiff | ) |
| vs. | ) CASE NO. CV00-AR-2938-E |
| THE TALLADEGA CIRCUIT COURT, | ) |
| Defendant | ) |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 30, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 26th day of January, 2001.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

